**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: AUBREY S HUNTER                     ) Case No. 19 B 05981
                                        )
                          Debtor        ) Chapter 13
                                        )
                                        ) Judge: JACK B SCHMETTERER


**NOTICE OF MOTION**


AUBREY S HUNTER                          CUTLER & ASSOC
                                         via Clerk's ECF noticing procedures

2410 COWPER AVE
EVANSTON, IL 60201

Please take notice that on July 03, 2019 at 11:00 am my designee or I will appear before the Honorable
Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the
motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons
named above by U.S. mail at  55 E Monroe St.,  Chicago, IL or by the methods indicated on June 07, 2019.


                                        /s/ Tom Vaughn


**TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in
support thereof states:

1.  On March 06, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend Part 3.1 of the Plan to correct the name and amount of the arrears of the mortgagee on the 1501
Darrow property.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant
to 11 U.S.C. § 1307 (c) (1).

                                        Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                       /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900